**Order entered February 3, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00967-CR No. 05-22-00968-CR No. 05-22-00969-CR
No. 05-22-00970-CR No. 05-22-00971-CR No 05-22-00972-CR
No. 05-22-00973-CR No. 05-22-00974-CR No. 05-22-00975-CR
No. 05-22-00976-CR No. 05-22-00977-CR No. 05-22-00978-CR
No. 05-22-00979-CR No. 05-22-00980-CR No. 05-22-00981-CR
No. 05-22-00982-CR No. 05-22-00983-CR No. 05-22-00984-CR
No. 05-22-00985-CR No. 05-22-00986-CV**

**CHRISTOPHER CHAIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-81666-2022, 366-81667-2022, 366-81668-2022
366-81669-2022, 366-81670-2022, 366-81671-2022, 366-81672-2022,
366-81673-2022, 366-81674-2022, 366-81675-2022, 366-81676-2022,
366-81677-2022, 366-81678-2022, 366-81679-2022, 366-81680-2022,
366-81681-2022, 366-81682-2022, 366-81683-2022, 366-81684-2022 &
366-81685-2022**

## ORDER

Before the Court is appellant's motion regarding the reporter's record.

Although these appeals involve twenty trial court cause numbers and twenty court

of appeals cause numbers, the court reporters put only one trial court cause number and one court of appeals cause number on the first page of each volume of the reporter's record. Appellant asks that we enter an order (1) declaring the reporter's record applies to all twenty appeals; (2) requiring the court reporters to file a separate reporter's record in each appeal that identifies the cause number to which it applies; or (3) order the court reporters to file a reporter's record that bears all twenty cause numbers on each volume. We cannot follow appellant's the first suggestion because the court reporter's certification of the record in each volume states the court reporter "do[es] hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, *in the above-styled and numbered cause . . . .*" Therefore, each volume of the clerk's record must identify the cause number or numbers to which it applies. We also observe that Volume 8 of the reporter's record was filed with no reporter's certificate or identification of the court reporter who prepared the volume.

Accordingly, we **GRANT** the motion and we **ORDER** Ashley Boyd, Official Court Reporter for the 366th Judicial District Court; Antoinette M. Varela, Official Court Reporter for the 366th Judicial District Court; and Joie Rivera, Deputy Court Reporter for the 366th Judicial District Court, to file an amended

reporter's record in which each volume of the reporter's record identifies all the trial court and court of appeals cause numbers to which it applies, and each volume contains the court reporter's certification of the volume. The amended reporter's record is due on or before **FEBRUARY 21, 2023**.

We **DIRECT** the Clerk to send copies of this order to Ashley Boyd, Official Court Reporter for the 366th Judicial District Court; Antoinette M. Varela, Official Court Reporter for the 366th Judicial District Court; Joie Rivera, Deputy Court Reporter for the 366th Judicial District Court; and counsel for all parties.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE